In the Matter of BROOKLYN UNION GAS COMPANY, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued March 3, 1948; decided June 11, 1948.

*John P. McGrath, Corporation Counsel (Isaac C. Donner* and *Gertrude Herschler* of counsel), for appellant.

*Jackson A. Dykman, Sigourney B. Olney* and *Milo F. McDonald, Jr.,* for respondent.

Order affirmed and order absolute directed against the appellant on the stipulation, with costs in all courts; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.